AMOCO OIL CO, PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 95–07–00971

(Dated September 14, 1998)

## ORDER

RESTANI, *Judge:* The court hereby removes the stay covering this action which challenges the constitutionality of the *Harbor Maintenance Tax* on imports and is brought under the jurisdictional basis of 28 U.S.C. § 1581(a).